```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

GEORGE'S, INC.                                              PLAINTIFF

VS.                      CASE NO. 07-5010

BLUE RIBBON COMMODITY
TRADERS, INC.                                               DEFENDANT

**DEFAULT JUDGMENT**

Now on this 20TH day of April, 2007, comes on to be considered plaintiff's **Motion for Default Judgment (Doc. 4).** The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On April 18, 2007, the Clerk of the Court entered a default against defendant, as plaintiff filed an affidavit in support of default demonstrating that the defendant was duly served with process on February 20, 2007, and had failed to file an answer or otherwise defend itself against plaintiff's allegations. (Docs. 5, 6.)

2. Plaintiff now moves for the entry of a default judgment and submits an affidavit from its corporate credit manager stating that defendant is indebted to plaintiff in the matter at issue in the amount of $131,688.00.

3. Upon due consideration, plaintiff's motion is hereby **GRANTED.**

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff shall have and recover from defendant judgment in the amount of $131,688.00. This judgment shall bear interest from the date of entry until paid at the rate of 4.97% per annum.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE
